[No. 5986-1. Division One. November 13, 1978.]

DONALD RICHARD DELANEY, *Respondent,* v. BAYLINER MARINE CORPORATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King

County, No. 813151, Edward E. Henry, J. Pro Tem., entered September 26, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Williams and Ringold, JJ.